UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR-10-120 CAS | Date | June 28, 2010 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER |
|---|---|

| Interpreter | N/A |
|---|---|

| CATHERINE JEANG | NOT PRESENT | JOHN LULEJIAN, NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KENNETH RAY THOMAS | NOT | X | | CARLTON GUNN<br>SONJA AUGUSTINE | NOT<br>NOT | | X<br>X |

Proceedings:    **(In Chambers): DEFENDANT KENNETH RAY THOMAS'S MOTION FOR INFORMANT DISCOVERY** (filed 4/9/10)

The Court previously found that defendant made the "minimal threshold showing that disclosure of the identity of the informant would be relevant to [the defense of entrapment]." See United States v. Spires, 3 F.3d 1234, 1238 (9th Cir. 1993). Accordingly, the Court held a one-hour *in camera* hearing and met individually with the confidential informant, Special Agent Sam Chung, and Los Angeles Police Department Detective Erik Shear. After extensively questioning the witnesses, the Court finds that there is no basis to disclose the identity of the confidential informant. However, the Court orders the government and defense counsel to meet and confer to jointly prepare an order requiring the government to produce the following materials to defense counsel:

(1) the informant's prior criminal record;
(2) all payments made from the government (local and federal) to the informant for all work done in this case and other cases;
(3) all non-monetary benefits provided or promised in the future by the government (local and federal) to the informant for all work done in this case and other cases;
(4) the terms and details of all cooperation agreements between the informant and the government (local and federal);
(5) any known information tending to show that the informant was under the influence of alcohol, narcotics, or other drugs at the time he participated in the investigation of defendant;

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                    O

**CRIMINAL MINUTES - GENERAL**

(6)     the period of time over which the informant is known to have acted on behalf of the government (local and federal).

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |