# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>KENNETH RAY THOMAS,<br>    Defendant. | CASE NO. CR10-120-CAS - 1<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On May 20, 2019 and May 24, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 17, 2018. Government counsel, Greg Lesser and John Lulejian, the defendant and his appointed Deputy Federal Public Defender attorney, Carel Ale, were present. The U.S. Probation Officer, Reginald Brown, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on December 17, 2018. The Court found that the defendant is in violation of the terms and conditions of his supervised release imposed on June 6, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that defendant's supervised release is revoked. The defendant is hereby provisionally committed to the custody of the Bureau of Prisons for a term of ninety (90) days. The Court orders defendant's evaluation by the Salvation Army Rehabilitation to determine defendant's eligibility and the facility's acceptance into its rehabilitation program, forthwith.

If defendant is eligible for the rehabilitation program and the Salvation Army has a bed available, defendant shall immediately be released from imprisonment, directly to the representative of the Salvation Army.

If defendant is not eligible and/or not accepted to the Salvation Army's Rehabilitation Program, the U.S. Probation Office shall locate an appropriate Residential Rehabilitation Center (RRC) to be placed in, including enrollment into a training program. Upon U.S. Probation Office's location of an appropriate RRC, defendant shall thereafter be released from imprisonment, directly to the representative of the United States Probation Office.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of forty-five (45) months, under the same terms and conditions previously imposed.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: May 29, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
       Catherine M. Jeang, Deputy Clerk